

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:                 01-13-01015-CV

Style:                        The City of Houston

                              **v**. Downstream Environmental, L.L.C.

Date motion filed[*]:         January 7, 2014 and January 9, 2014

Type of motion:               Motion and amended motion for extension of time to file appellant's brief

Party filing motion:          Appellant

Document to be filed:         Appellant's brief

Is appeal accelerated?        Yes

If motion to extend time:
        Original due date:                      January 8, 2014
        Number of previous extensions granted:  0
        Date Requested:                         February 7, 2014

Ordered that motion is:

        ☑       Granted

                If document is to be filed, document due:  February 7, 2014

                ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐       Denied

        ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐       Other: _____

Judge's signature:   /s/ Michael Massengale
                     ☑ Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date: January 10, 2014

November 7, 2008 Revision